Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
CLERK, U.S. DISTRICT COURT

JUL 2 6 2023

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Case No. EDCV23-01490-FLA(SHK)
(to be filled in by the Clerk's Office)

N/S

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jury Trial: *(check one)*  ☐ Yes  ☐ No

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ANTWONE E. MCKNIGHT
Street Address: 9057 INDIANA AVE. Apt. E
City and County: RIVERSIDE Ca.
State and Zip Code: CALIFORNIA 92503
Telephone Number: (951) 578-9617
E-mail Address: ANTWONEMCKNIGHT9999@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name: POLICE DEPARTMENT, RIVERSIDE RIVERSIDE POLICE DEPARTMENT
Job or Title (if known):
Street Address: 10540 MAGNOLIA AVE,
City and County: RIVERSIDE Ca.
State and Zip Code: 92505
Telephone Number: (951) 826-5700
E-mail Address (if known): https://www.RIVERSIDECa.gov/RPD

Defendant No. 2

Name: POLICE DEPARTMENT, RIVERSIDE RIVERSIDE POLICE DEPARTMENT
Job or Title (if known):
Street Address: 4102 ORANGE St,
City and County: RIVERSIDE Ca.
State and Zip Code: 92501
Telephone Number: (951) 354-2007
E-mail Address (if known): http://www.RIVERSIDECa.gov/RPD/

Defendant No. 3

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* RIVERSIDE POLICE DEPARTMENT, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* RIVER _____, is incorporated under the laws of the State of *(name)* POLICE FORCE _____,
      and has its principal place of business in the State of *(name)* POLICE OFFICERS.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

*3,000,000,000 MILLION*

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*DEFENDENTS ENGAGED WITH FOLLOWING: ALARM PLACE UNDER SURVEILLANCE / HARASS / VIOLENT ATTACKS ATTACKED RELIGION RACIAL HATE*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

MENTAL/ RACE/ DISCRIMINATION/ EMOTIONAL/ physical DAMAGE/etc.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/24/2023

Signature of Plaintiff

Printed Name of Plaintiff: ANTWONE MCKNIGHT

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address




US POSTAGE AND FEES PAID
GROUND ADVANTAGE
Jul 24 2023
Mailed from ZIP 92503
4 OZ GROUND ADVANTAGE RATE
ZONE 1
12477347
Commercial Plus Pricing

062S0001442189

## USPS GROUND ADVANTAGE

UPS STORE CUSTOMER
9825 MAGNOLIA AVE
SUITE B
Riverside CA 92503

C002

RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 26 2023

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

SHIP TO:
UNITED STATES DISTRICT COURT
3470 12TH ST
RIVERSIDE CA 92501-3801

USPS TRACKING #



9400 1112 0620 9883 8006 37

 SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD RF2 0623